# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Jasmine Reed

                                  Plaintiff,

v.                                                    Case No.: 1:26−cv−05535
                                                      Honorable John F. Kness

Equifax Information Services, LLC

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 31, 2026:

      MINUTE entry before the Honorable John F. Kness: Before the Court is the Joint Initial Status Report [14] submitted by the parties. Upon review of the Report and the schedule recommended by the parties, the Court finds the schedule to be reasonable and thus adopts the parties' recommendations. Enter separate scheduling order. The parties are cautioned that the fact discovery cutoff date is a governing deadline and that no extensions of this deadline will be granted absent a showing of good cause. See Fed. R. Civ. P. 16(b)(4). Among other things, the good cause standard will typically require the parties to demonstrate diligence in their efforts to complete fact discovery. The Court asks that the Executive Committee refer this case to Magistrate Judge Fuentes for discovery supervision (including setting or amending all deadlines and resolving all discovery related motions) and any settlement matters. Any deadlines previously set by this Court are to stand unless modified by Magistrate Judge Fuentes. The initial status hearing set for 8/4/2026 is stricken. Plaintiff's motion [15] seeking leave for her counsel to appear by remote means is denied as moot. But for the reasons provided in the accompanying Memorandum Opinion and Order, which will be entered separately, counsel Landon T. Maxwell is advised that future requests to appear remotely based solely on the asserted "burden" of an in−court appearance are subject to summary denial. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.